IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Case No. |
| ) | 04-00175-01-CR-W-FJG |
| Norma D. Manke, ) | |
| ) | |
| Defendant. ) | |

ORDER VACATING ORIGINAL SURRENDER DATE
AND RESETTING NEW DATE

Upon receipt of a violation report submitted by Pretrial Services dated May 25, 2005, the court vacates the defendant's original surrender date of June 27, 2005. The defendant shall surrender to the institution designated by the Bureau of Prisons or the U.S. Marshal's Office before 2:00 p.m. on June 1, 2005.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
United States District Judge

Dated: __May 25, 2005_____
Kansas City, Missouri