# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04-00175-01-CR-W-FJG ) |
| NORMA D. MANKE, | ) ) ) |
| Defendant. | ) |

## ORDER

The United States of America has applied for a writ of execution upon the judgment rendered in this case against the defendant Norma D. Manke.

The Court, having considered the Application for Writ Regarding Certain Real Estate Located in Rice County, Kansas (Doc. 23), the United States' First Amended Application for Writ of Execution Regarding Certain Real Estate Located in Rice County, Kansas (Doc. 26), the oppositions to the application for writ of execution filed by the defendant Norma D. Manke (Docs. 27, 29, 31, 35, 41 and 42), and the Government's response to those oppositions (Doc. 33), finds that the application meets the requirements of 28 U.S.C. § 3203(c)(1) and that the defendant's objections to the issuance of the application are without merit for the reasons set forth in the Court's order dated June 5, 2007 (Doc. 22) in this case and the Court's order dated January 8, 2008 (Doc. 2) in *Norma D. Manke v. United States of America*, Case No. 07-0942-CV-W-FJG-P (W.D. Mo.).

It is therefore ORDERED that the Writ of Execution entered by the Court on this same date be issued to the United States Marshal for the District of Kansas.


Date: 5/29/08
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
Chief United States District Judge